IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 12- 47980 CA 24

JEAN BISHOP

    Plaintiff,

vs.

TARGET CORPORATION

    Defendant.
_____/

## COMPLAINT

Plaintiff, JEAN BISHOP, by and though her undersigned attorney, sues the Defendant, TARGET CORPORATION and alleges:

1. This is an action for damages in excess of fifteen thousand [$15,000.00] dollars, exclusive of interest, costs and attorney's fees.

2. At all times material, Plaintiff, JEAN BISHOP, was and is a resident of Miami-Dade County, Florida, and sui juris.

3. At all times material, Defendant, TARGET CORPORATION, was a foreign corporation doing business in Miami-Dade County, Florida.

4. On or prior to December 28, 2011 the Defendant, TARGET CORPORATION owned, operated, maintained and controlled a store located at 14075 Biscayne Blvd., North Miami Beach, Florida and its adjacent sidewalks.

5. On December 28, 2011, Plaintiff, JEAN BISHOP, was a business invitee or an invited licensee of the Defendant, TARGET CORPORATION.

**EXHIBIT "B"**

6. On December 28, 2011, the Defendant, TARGET CORPORATION had the duty to reasonably maintain its premises and to warn of all unreasonably dangerous conditions on its premises which it knew or should have known of and of which the Plaintiff, JEAN BISHOP, had no knowledge.

7. On December 28, 2011 the Defendant, TARGET CORPORATION, was negligent in that the sidewalk approaching the entrance of the subject store was in an unreasonably dangerous condition which created a foreseeable likelihood of business invitees or invited licensees such as the Plaintiff, JEAN BISHOP, of falling or injuring themselves in that:

a.) Adjacent sidewalk plates were not reasonably close and that there was an unreasonably large gap between the two sidewalk plates which created a foreseeable likelihood of persons tripping and falling if they stepped into the gap between the sidewalk plates.

b.) The seam between the two sidewalk plates was not properly sealed with filler material or other material or the seal had deteriorated, creating a change in elevation in the seam between adjacent sidewalk plates, which created a foreseeable likelihood of a person falling if they stepped into the seam.

8. The Defendant was further negligent in failing to warn of these unreasonably dangerous and defective conditions, conditions that were known or should have been known by the Defendant but were not known by the Plaintiff, JEAN BISHOP.

9. The Defendant was further negligent by falling to do reasonable inspections of its premises to discover unreasonably dangerous conditions on its premises and repair unreasonably dangerous conditions on it premises.

10. As a proximate result of the negligence of the Defendant, TARGET CORPORATION on December 28, 2011, Plaintiff, JEAN BISHOP was walking towards and approaching the entrance of the subject, Target Corporation store when she stepped into the seam between two adjacent sidewalk plates which caused her to fall and be injured.

11. As a proximate result of the negligence of the Defendant, TARGET CORPORATION, Plaintiff, JEAN BISHOP, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing, and the Plaintiff, JEAN BISHOP, will suffer the losses in the future.

12. As a proximate result of the negligence of the Defendant, TARGET CORPORATION, Plaintiff, JEAN BISHOP, has sustained a permanent injury within a reasonable degree of medical probability.

WHEREFORE, the Plaintiff, JEAN BISHOP, demands judgment for compensatory damages against the Defendant, TARGET CORPORATION., including pre-judgment interest on all liquidated damages as allowed by law, costs, and demand trial by jury on all issues so triable as a matter of right.

ANSEL & MILLER, LLC
Counsel for the Plaintiff
601 South Ocean Drive
Hollywood, FL 33019
Telephone: (954)922-9100
Facsimile: (954)922-9176

By: _____
Samuel J. Simon
Florida Bar No. 184313